# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 26, 2012

145822

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

BARRY CARLTON CLARDY,
    Defendant-Appellant.

SC: 145822
COA: 308786
Genesee CC: 90-042684-FC

_____/

      On order of the Court, the application for leave to appeal the August 3, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2012

_____
Clerk

h1217